No. 364. Ex parte Miguel Marcos Morales, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en enero 17, 1914. Re-

suelto en enero 26, 1914. Aprobada dicha fianza. El peticionario compareció en nombre propio.